UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DANIEL HOWARD DULANEY,<br><br>    Plaintiff,<br><br>    vs.,<br><br>COMISSIONER, SOCIAL SECURITY ADMINISTRATION,<br><br>    Defendant. | Case No. 3:18-cv-00654-HZ<br><br>ORDER TO PAY FEES AND COSTS UNDER EQUAL ACCESS TO JUSTICE ACT |

HERNÁNDEZ, District Judge:

Having considered the parties' Stipulated Motion for Fees and Costs pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, the Court awards Plaintiff $13,771.27 in attorney's fees and $19.00 in costs, for a total award of $13,790.27. The Commissioner must pay the net amount, after any applicable offset subject to recovery under the Treasury Offset Program, *see Astrue v. Ratliff*, 560 U.S. 586 (2010), to Plaintiff's attorney, Nancy J. Meserow, at her address of record.

    IT IS SO ORDERED.

DATED: November 18, 2019

_____
MARCO A. HERNÁNDEZ
United States District Judge

Order to Pay EAJA Fees - 1